ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL XI-ESPECIAL

| | | |
|---|---|---|
| ARCÁNGEL RUIZ NEGRÓN Y OTROS<br><br>Apelantes<br><br>v.<br><br>HOSPITAL ESPAÑOL AUXILIO MUTUO, INC. Y OTROS<br><br>Apelados | KLAN202500146 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2020CV07218<br><br>Sobre: Daños y Perjuicios; Responsabilidad Médico Hospitalaria e Impericia Médica |

Panel integrado por su presidenta, la Juez Lebrón Nieves, el Juez Adames Soto y la Jueza Martínez Cordero.

*Martínez Cordero, jueza ponente*

**SENTENCIA**

En San Juan, Puerto Rico, a 12 de marzo de 2025.

El presente recurso fue instado el 21 de febrero de 2025. A través del mismo, compareció la parte apelante del título, mediante un *Recurso de Apelación*, para solicitarnos la revisión de la *Sentencia* emitida el 15 de noviembre de 2024, y notificada el 18 de noviembre de 2024, por el Tribunal de Primera Instancia, Sala Superior de San Juan.[1]

Recibido el recurso, concedimos a la parte apelada hasta el 24 de marzo de 2025, para presentar su alegato en oposición. Subsiguientemente, el 11 de marzo de 2025, la parte apelante presentó una moción de desistimiento voluntario. En el escrito, indicó que desistía voluntariamente de su recurso, puesto a que alcanzó un acuerdo privado con la parte apelada. Igualmente, reseñó, en el petitorio, que instó la referida moción con la anuencia de los abogados de todas las partes del título.

---

[1] Apéndice del recurso, a las págs. 317-368.

Número Identificador

SEN2025_____

Examinada la solicitud de desistimiento presentada por la parte apelante, este Tribunal declara *Ha Lugar* la misma. En consecuencia, y al amparo de la Regla 83(A) del Reglamento del Tribunal de Apelaciones,[2] se tiene por desistido el recurso apelativo instado, **con perjuicio**, por lo que se ordena el cierre y archivo del presente caso.

En merito de lo anterior y en virtud de la facultad que nos confiere la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones,[3] de prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante su consideración, con el propósito de lograr su más justo y eficiente despacho, eximimos a la parte apelada de presentar escrito en oposición al recurso de apelación ante nos.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[2] 4 LPRA Ap. XXII-B, R. 83 (A).
[3] *Íd.*, R.7 (B)(5).